# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ALTAIR LOGIX LLC,**<br><br>                Plaintiff,<br>v.<br><br>**MICROSOFT CORPORATION,**<br><br>                Defendant. | CASE NO. 2:18-cv-325<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff Altair Logix LLC states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

Dated: July 30, 2018　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ David R. Bennett*
　　　　　　　　　　　　　　　　　　　By:　David R. Bennett
　　　　　　　　　　　　　　　　　　　　　　DIRECTION IP LAW
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 14184
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60614-0184
　　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 291-1667
　　　　　　　　　　　　　　　　　　　　　　e-mail:　dbennett@directionip.com

　　　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**
　　　　　　　　　　　　　　　　　　　　　　**ALTAIR LOGIX LLC**

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 30, 2018, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

                                              */s/ David R. Bennett*
                                              David R. Bennett