# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ALTAIR LOGIX LLC,<br><br>　　　　　　Plaintiff,<br>v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　Defendant. | CASE NO. 2:18-cv-325-JRG<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

## AGREED MOTION TO DISMISS MICROSOFT CORPORATION WITH PREJUDICE PURSUANT TO RULE 41(A)(2)

Plaintiff Altair Logix LLC and Defendant Microsoft Corporation, pursuant to FED. R. CIV. P. 41(a)(2), hereby move for an order dismissing all claims in this action asserted between them WITH PREJUDICE with each Party to bear its own costs, expenses and attorneys' fees.

Dated:  October 25, 2018    　　　　　　　　Respectfully submitted,

 */s/ David R. Bennett*　　　　　　　　　　　 */s/ David E. Killough*
 By:  David R. Bennett　　　　　　　　　　　David E. Killough
　　 DIRECTION IP LAW　　　　　　　　　　Microsoft Corporation
　　 P.O. Box 14184　　　　　　　　　　　　1 Microsoft Way
　　 Chicago, IL 60614-0184　　　　　　　　Redmond, WA 98052
　　 Telephone: (312) 291-1667　　　　　　　Telephone: 425.703.8865
　　 e-mail:  dbennett@directionip.com　　　　e-mail: davkill@microsoft.com

　　 **ATTORNEY FOR PLAINTIFF**　　　　**ATTORNEY FOR DEFENDANT**
　　 **ALTAIR LOGIX LLC**　　　　　　　　**MICROSOFT CORPORATION**

1

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 25, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5.

                                             */s/ David R. Bennett*
                                             David R. Bennett